1  THORNTON DAVIDSON, #166487
   **ERISA Law Group, LLP**
2  2055 San Joaquin Street
   Fresno, California 93721
3  Telephone (559) 256-9800
   Telefax (550) 256-9799
4  thornton@erisalg.com

   **E-Filed 1/6/2010**

5  Attorney for Plaintiff, SALLY KAYE

6  **PATRICK C. DICARLO, #220339**
   **Alston & Bird, LLP**
7  1201 West Peachtree Street
   Atlanta, Georgia 30309
8  Telephone (404) 883-4512
   Telefax (404) 253-8571
9  Pat.dicarlo@alston.com

10 **MARK SLATER ASKANAS, #122745**
   **DYLAN B. CARP, #196846**
11 Jackson Lewis, LLP
   199 Freemont Street, 10th Floor
12 San Francisco, California 94150
   Telephone (415) 394-9400
13 Telefax (415) 394-9401
   askanasm@jacksonlewis.com
14 carpd@jacksonlewis.com

15 Attorneys for Defendant, BEAZER HOMES USA, INC. LONG TERM DISABILITY
   COVERAGE FOR ALL EMPLOYEES PLAN

16

17              UNITED STATES DISTRICT COURT FOR

18              THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY KAYE ) | Case No. 09-cv-03887 |
| Plaintiff, ) | |
| ) | **JOINT REQUEST AND** |
| ) | **[PROPOSED] ORDER FOR** |
| v. ) | **TELEPHONIC APPEARANCE** |
| ) | **AT CASE MANAGEMENT** |
| ) | **CONFERENCE** |
| BEAZER HOMES USA, INC., LONG ) | Date: January 29, 2010 |
| TERM DISABILITY COVERAGE FOR ) | Time: 10:30 a.m. |
| ALL EMPLOYEES PLAN, ) | Crtrm: 3, 5th Floor |
| ) | Judge: Hon. Jeremy Fogel |
| Defendant. ) | Loc: 280 South First Street, San Jose |

27 //

28 //

---

JOINT REQUEST AND [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

1

Thornton Davidson, attorney of record for plaintiff SALLY KAYE, Patrick DiCarlo, and Mark Slater Askanas, attorneys for defendant BEAZER HOMES USA, INC., LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES PLAN do hereby jointly request to participate in the initial Case Management Conference in this matter by telephone. This request is made for the following reasons:

1. The Scheduling Conference is scheduled for January 29, 2010 at 10:30 a.m. in Courtroom 3 before the Honorable Jeremy Fogel.
2. Counsel for the parties have prepared and filed the Joint Case Management Statement
3. This request to appear by telephone is made because Plaintiff's counsel maintain their offices in the City of Fresno, California, a distance of approximately 200 miles from the courthouse, and Defendant's lead counsel Patrick DiCarlo maintains his office in Atlanta, Georgia, a distance of more than 200 miles away.
4. Plaintiff's counsel and Defendant's counsel have consulted and agree that their are no objections to either party appearing telephonically at the Case Management Conference

.
Dated: December 7, 2009

    S/ Thornton Davidson
    THORNTON DAVIDSON,
    Attorney for Plaintiff, SALLY KAYE

Dated: December 7, 2009

    /S/ Patrick C. DiCarlo
    PATRICK C. DICARLO, Attorney for Defendant, BEAZER HOMES USA, INC., LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES PLAN

//

Dated: December 7, 2009

                                /S/ Mark Slater Askanas
                                MARK SLATER ASKANAS,
                                Attorney for Defendant, BEAZER
                                HOMES USA, INC., LONG
                                TERM DISABILITY
                                COVERAGE FOR ALL
                                EMPLOYEES PLAN

## [~~PROPOSED~~] ORDER

Plaintiff's counsel, Thornton Davidson, and Defendant's lead counsel Patrick DiCarlo may participate in the initial Case Management Conference in this action by telephone. Counsel shall contact Court Call at 866-582-6878 in ADVANCE of the hearing to arrange for the appearance.

Dated: 1/4/2010

                                HONORABLE JEREMY FOGEL
                                UNITED STATES DISTRICT COURT JUDGE