**THORNTON DAVIDSON, #166487**
**ERISA Law Group, LLP**
2055 San Joaquin Street
Fresno, California  93721
Telephone (559) 256-9800
Telefax (550) 256-9799
thornton@erisalg.com

Attorney for Plaintiff, SALLY KAYE

**PATRICK C. DICARLO, #220339**
**Alston & Bird, LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone (404) 883-4512
Telefax (404) 253-8571
Pat.dicarlo@alston.com

**MARK SLATER ASKANAS, #122745**
**DYLAN B. CARP, #196846**
Jackson Lewis, LLP
199 Freemont Street, 10th Floor
San Francisco, California  94150
Telephone (415) 394-9400
Telefax (415) 394-9401
askanasm@jacksonlewis.com
carpd@jacksonlewis.com

Attorneys for Defendant, BEAZER HOMES USA, INC. LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES PLAN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY KAYE, <br><br> Plaintiff, <br><br> v. <br><br> BEAZER HOMES USA, INC., LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES PLAN, <br><br> Defendant. | Case No. 09-cv-03887 <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

//

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff SALLY KAYE and Defendant BEAZER HOMES USA, INC., LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES PLAN, ("Defendant"), having settled the matter, by and through their attorneys of record, hereby stipulate to dismiss this action in its entirety with prejudice, all parties to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: March 23, 2010

S/ Thornton Davidson
THORNTON DAVIDSON,
Attorney for Plaintiff, SALLY KAYE

Dated: March 23, 2010

/S/ Patrick C. DiCarlo
PATRICK C. DICARLO, Attorney for Defendant, BEAZER HOMES USA, INC., LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES PLAN

Dated: March 23, 2010

/S/ Mark Slater Askanas
MARK SLATER ASKANAS,
Attorney for Defendant, BEAZER HOMES USA, INC., LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES PLAN

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: 3/26/10

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE